**Vernon SCALF, Movant, v. COMMONWEALTH**
of Kentucky, Opposed.

Court of Appeals of Kentucky

May 11, 1948.

J. J. Tye and Victor A. Jordan for movant.

A. E. Funk, Attorney General, and Squire N. Williams, Jr., Assistant Attorney General, for Commonwealth, opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.

**Sherman GAINES, Movant, v. COMMONWEALTH**
of Kentucky, Opposed.

Court of Appeals of Kentucky

May 18, 1948.

Meredith, Iler & Logan for movant.

A. E. Funk, Attorney General, for opposed.

PER CURIAM.

Motion for appeal denied. Judgment affirmed.

**Mitchell PARSONS, Movant, v. COMMONWEALTH**
of Kentucky, Opposed.

Court of Appeals of Kentucky

May 28, 1948.

Roy Wilhoit for movant.

A. E. Funk, Attorney General, and Zeb A. Stewart for opposed.

PER CURIAM.

Motion denied and judgment affirmed.